# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00602-CJC-KESx                                    Date:  July 6, 2023

Title: CHARLES H. LEHMANN v. BRINKER INTERNATIONAL INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Maria Barr for Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE re SANCTIONS**

On July 5, 2023, Plaintiff's counsel filed a "REPORT OF THE RESULT OF COURT-ORDERED MANDATORY SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE" that discloses confidential mediation communications.  (Dkt. 55.)  The Magistrate Judge has ordered the filing sealed.

**On or before July 14, 2023**, Plaintiff's counsel shall show cause in writing, if any he has, why he should not be sanctioned for publicly filing a description of these confidential mediation communications.